# Schedule "1"

BOS 46,658,202v11

# SCHEDULE 1

## DEBTORS

| DEBTOR | Last Four Digits of Federal Tax I.D. No.[1] |
|---|---|
| Ultimate Escapes Holdings, LLC | 4466 |
| Ultimate Resort, LLC | 7685 |
| Ultimate Operations, LLC | N/A |
| Ultimate Resort Holdings, LLC | 4489 |
| Ultimate Escapes Inc., (F/K/A Secure America Acquisition Corporation) | 8408 |
| P&J Partners, LLC | N/A |
| UE Holdco, LLC | N/A |
| UE Member, LLC | N/A |
| Ultimate Escapes Clubs, LLC | 0470 |
| Ultimate Escapes Elite Club, LLC | N/A |
| Ultimate Escapes Signature Club, LLC | N/A |
| Ultimate Escapes Premiere Club, LLC | N/A |
| Ultimate Scottsdale, LLC | N/A |
| Ultimate Lake Tahoe, LLC | N/A |
| Ultimate Colorado, LLC | N/A |
| Ultimate Telluride Mountain Village, LLC | N/A |
| Ultimate Naples Strada Bella, LLC | N/A |
| Ultimate Naples Monteverde, LLC | N/A |
| Ultimate Palm Beach Ocean, LLC | N/A |
| Ultimate Maui Wailea Beach, LLC | N/A |
| Ultimate Sun Valley MacKenzie, LLC | N/A |
| Ultimate Sun Valley Plaza Townhouse, LLC | N/A |
| Ultimate New York Trp International, LLC | N/A |
| Ultimate Kiawah Turtle Beach, LLC | N/A |
| Ultimate Park City Silverlake, LLC | N/A |
| Ultimate Jackson Hole Snake River, LLC | N/A |
| Bahamas Investments I, LLC | N/A |
| Bahamas Investments II, LLC | N/A |
| Bahamas Investments III, LLC | N/A |
| Bahamas Investments IV, LLC | N/A |
| Cabo Casa Tortuga, LLC | N/A |

---

[1] Pursuant to Treasury Regulation section 301.7701-3(b), certain Debtors are disregarded for tax purposes. "N/A" indicates that a separate tax identification number is not required for these Debtors.

# SCHEDULE 1

# DEBTORS

| DEBTOR | Last Four Digits of Federal Tax I.D. No. |
|---|---|
| Cabo Esperanza #1501, LLC | N/A |
| Cabo Esperanza #1502, LLC | N/A |
| Cabo Esperanza #1503, LLC | N/A |
| Cabo Esperanza #1601, LLC | N/A |
| Cabo Esperanza #1602, LLC | N/A |
| Cabo Esperanza #1603, LLC | N/A |
| Cabo Villa Del Sol, LLC | N/A |
| Cabo Villa Eternidad, LLC | N/A |
| Cabo San Lucas Villa Paraiso, LLC | N/A |
| Ultimate Nevis Investments, LLC | N/A |
| Snowflake Investments I, LLC | N/A |
| Sunny Isles Investments I, LLC | N/A |
| Tahoe Investments I, LLC | N/A |
| Cabo Investments I, LLC | N/A |
| Mahogany Run Investments I, LLC | N/A |
| Candlewood Investments I, LLC | N/A |
| Ultimate Scottsdale Rocks, LLC | N/A |
| Ultimate Beaver Creek, LLC | N/A |
| Ultimate Indian Rocks Beach, LLC | N/A |
| Ultimate Key West, LLC | N/A |
| Ultimate Lake Las Vegas, LLC | N/A |
| Ultimate Newport Americas, LLC | N/A |
| Private Escapes of La Quinta Platinum, LLC | N/A |
| Private Escapes La Quinta I, LLC | N/A |
| Private Escapes La Quinta II, LLC | N/A |
| Private Escapes Platinum of Copper Mountain, LLC | N/A |
| Private Escapes Platinum Telluride, LLC | N/A |
| Private Escapes of Steamboat, LLC | N/A |
| Private Escapes of Lake Oconee, LLC | N/A |
| Private Escapes of Waikoloa, LLC | N/A |
| Private Escapes of Waikoloa II, LLC | N/A |
| Private Escapes of Chicago, LLC | N/A |
| Private Escapes of Currituck, LLC | N/A |
| Private Escapes Platinum Currituck, LLC | N/A |

# SCHEDULE 1

## DEBTORS

| DEBTOR | Last Four Digits of Federal Tax I.D. No.[1] |
|---|---|
| Private Escapes of Tahoe, LLC | N/A |
| Private Escapes Platinum Lake George, LLC | N/A |
| Private Escapes of One Central Park West, LLC | N/A |
| Private Escapes 1600 Broadway, LLC | N/A |
| Private Escapes Link, LLC | N/A |
| Private Escapes Platinum One Central Park West, LLC | N/A |
| Privates Escapes of Kiawah, LLC | N/A |
| Private Escapes Platinum Kiawah, LLC | N/A |
| Private Escapes of Jackson Hole, LLC | N/A |
| Private Escapes Villa 304, LLC | N/A |
| Private Escapes Platinum Cabo, LLC | N/A |
| Private Escapes La Playa, LLC | N/A |
| Private Escapes of Cabo, LLC | N/A |
| Private Escapes Platinum TCI, LLC | N/A |
| Private Escapes Platinum Chicago, LLC | N/A |
| Private Escapes of Fox Acres, LLC | N/A |
| Private Escapes of Stowe, LLC | N/A |
| Private Escapes La Costa, LLC | N/A |
| Private Escapes Platinum La Costa, LLC | N/A |
| Private Escapes Borgo di Vagli, LLC | N/A |