# Exhibit "A"

## Organizational Chart

# ULTIMATE ESCAPES HOLDINGS, LLC AND SUBSIDIARIES
## ORGANIZATIONAL STRUCTURE[1]



---

[1] This organizational chart includes Debtor and non-Debtor entities. A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached as Schedule "1" to the first day declaration of Philip Callaghan.

BOS 46,658,162v5

**Schedule A**

1. Ultimate Scottsdale, LLC
2. Ultimate Lake Tahoe, LLC
3. Ultimate Colorado, LLC
4. Ultimate Telluride Mountain Village, LLC
5. Ultimate Naples Strada Bella, LLC
6. Ultimate Naples Monteverde, LLC
7. Ultimate Palm Beach Ocean, LLC
8. Ultimate Maui Wailea Beach, LLC
9. Ultimate Sun Valley MacKenzie, LLC
10. Ultimate Sun Valley Plaza Townhouse, LLC
11. Ultimate New York Trp International, LLC
12. Ultimate Kiawah Turtle Beach, LLC
13. Ultimate Park City Silverlake, LLC
14. Ultimate Jackson Hole Snake River, LLC
15. Bahamas Investments I, LLC
16. Bahamas Investments II, LLC
17. Bahamas Investments III, LLC
18. Bahamas Investments IV, LLC
19. Cabo Casa Tortuga, LLC
20. Cabo Esperanza #1501, LLC
21. Cabo Esperanza #1502, LLC
22. Cabo Esperanza #1503, LLC
23. Cabo Esperanza #1601, LLC
24. Cabo Esperanza #1602, LLC
25. Cabo Esperanza #1603, LLC
26. Cabo Villa Del Sol, LLC
27. Cabo Villa Eternidad, LLC
28. Cabo San Lucas Villa Paraiso, LLC
29. Ultimate Nevis Investments, LLC
30. Snowflake Investments I, LLC
31. Sunny Isles Investments I, LLC
32. Tahoe Investments I, LLC
33. Cabo Investments I, LLC
34. Mahogany Run Investments I, LLC
35. Candlewood Investments I, LLC
36. Ultimate Scottsdale Rocks, LLC
37. Ultimate Beaver Creek, LLC
38. Ultimate Indian Rocks Beach, LLC
39. Ultimate Key West, LLC
40. Ultimate Lake Las Vegas, LLC
41. Ultimate Newport Americas, LLC
42. Private Escapes of La Quinta Platinum, LLC
43. Private Escapes La Quinta I, LLC
44. Private Escapes La Quinta II, LLC
45. Private Escapes Platinum of Copper Mountain, LLC
46. Private Escapes Platinum Telluride, LLC
47. Private Escapes of Steamboat, LLC
48. Private Escapes of Lake Oconee, LLC
49. Private Escapes of Waikoloa, LLC
50. Private Escapes of Waikoloa II, LLC
51. Private Escapes of Chicago, LLC
52. Private Escapes of Currituck, LLC
53. Private Escapes Platinum Currituck, LLC
54. Private Escapes of Tahoe, LLC
55. Private Escapes Platinum Lake George, LLC
56. Private Escapes of One Central Park West, LLC
57. Private Escapes 1600 Broadway, LLC
58. Private Escapes Link, LLC
59. Private Escapes Platinum One Central Park West, LLC
60. Private Escapes of Kiawah, LLC
61. Private Escapes Platinum Kiawah, LLC
62. Private Escapes of Jackson Hole, LLC
63. Private Escapes Villa 304, LLC
64. Private Escapes Platinum Cabo, LLC
65. Private Escapes La Playa, LLC
66. Private Escapes of Cabo, LLC
67. Private Escapes Platinum TCI, LLC
68. Private Escapes Platinum Chicago, LLC
69. Private Escapes of Fox Acres, LLC
70. Private Escapes of Stowe, LLC
71. Private Escapes La Costa, LLC
72. Private Escapes Platinum La Costa, LLC

**Schedule B**

1. Private Escapes Premiere Santa Rosa Beach, LLC
2. Private Escapes Platinum Santa Rosa Beach, LLC
3. Private Escapes Platinum Lake Oconee, LLC
4. Private Escapes Pinnacle 1600 Broadway, LLC
5. Private Escapes Platinum Link, LLC
6. Private Escapes Platinum Dominican, LLC
7. Private Escapes Dominican, LLC
8. Private Escapes Villa Cassia, LLC
9. Private Escapes Borgo di Vagli, LLC
10. Private Escapes TCI, LLC
11. Private Escapes of Beaver Creek, LLC
12. Private Escapes of Belize, LLC
13. Private Escapes of Lake Las Vegas, LLC
14. Private Escapes of La Buscadora, LLC
15. Private Escapes Platinum Abaco, LLC
16. Private Escapes Platinum Lucignano, LLC
17. Private Escapes Platinum Breckenridge, LLC
18. Private Escapes Platinum Sunny Isles, LLC
19. Private Escapes Premiere Costa Rica, LLC
20. Private Escapes Platinum Costa Rica, LLC