**List of Bank Accounts**

| BANK NAME AND ADDRESS | ACCOUNT HOLDER | ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|---|---|
| CNL Bank<br>CNL Center at City Commons<br>Dorothy Morin<br>450 South Orange Avenue<br>Orlando, FL 32801-3336<br>(407) 244-3100 | Ultimate Escapes Holdings, LLC | Main Operating Account | ***********5747 |
| CNL Bank<br>CNL Center at City Commons<br>Dorothy Morin<br>450 South Orange Avenue<br>Orlando, FL 32801-3336<br>(407) 244-3100 | Ultimate Resort, LLC | Operating Account | ***********3611 |
| CNL Bank<br>CNL Center at City Commons<br>Dorothy Morin<br>450 South Orange Avenue<br>Orlando, FL 32801-3336<br>(407) 244-3100 | Ultimate Resort, LLC | Operating Account | ***********5588 |
| Bank of Nevis | The Century Corporation Ltd.[6] | Nevis Bank Account | ***********1280 |

---

[6] Debtor Ultimate Nevis Investments, LLC is the sole stockholder of Private Retreats Paradiso, Ltd., a Nevis International Business Corporation, who is the sole stockholder of The Century Corporation, Ltd., a Nevis corporation.