## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ULTIMATE ESCAPES HOLDINGS, LLC, *et al.*,[1] | Case No. 10-12915 (BLS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on September 20, 2010, Ultimate Escapes Holdings,

LLC and its affiliated Chapter 11 debtors and debtors in possession (collectively,

the "**Debtors**"), each filed a voluntary petition for relief under title 11 of the United States Code

(the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District

of Delaware. The Debtors are continuing to operate their business and manage their affairs as

debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following

motions on **September 22, 2010, at 10:30 a.m. prevailing Eastern time** at a hearing before the

Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of

Delaware, located at 824 Market Street, **6th Floor, Courtroom No. 1**, Wilmington, Delaware

19801:

## MOTIONS

1.  Motion of the Debtors For Entry of An Order Directing Joint Administration of Chapter 11 Cases [Docket No. 11, Filed September 21, 2010]

2.  Application Of The Debtors For Order Pursuant To 28 U.S.C. § 156(c) Authorizing The Retention And Appointment Of BMC Group As Claims And Noticing Agent To The Debtors Nunc Pro Tunc To The Petition Date [Docket No. 5, Filed September 20, 2010]

---

[1] A list of the Debtors in these chapter 11 cases and their case numbers along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Schedule "1"**.

3.  Motion of the Debtors For Entry of an Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations, and (B) Prepetition Withholding Obligations, and (II) Directing Banks to Honor Related Prepetition Transfers [Docket No. 10, Filed September 21, 2010]

4.  Motion of the Debtors For Entry of an Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use Of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, (C) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (D) Waiving Certain Investment and Deposit Guidelines [Docket No. 7, Filed September 20, 2010]

5.  Motion of the Debtors For Entry of an Order Authorizing Debtors to Honor Existing Reservations, Accept New Reservations, and Provide Services to Members Under Certain Terms and Conditions [Docket No. 6, Filed September 20, 2010]

6.  Motion of the Debtors For Entry of Interim and Final Orders Pursuant to Sections 105(A) and 366 of the Bankruptcy Code (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Adequate Assurance of Payment [Docket No. 9, Filed September 21, 2010]

7.  Motion Requesting Entry Of An Order Pursuant To 11 U.S.C. § 107(B)(1), Fed. R. Bankr. P. 9018, And Local Rule 9018-1(B) Authorizing Debtors To File Certain Confidential, Commercial And Proprietary Member Information Under Seal [Docket No. 13, Filed September 21, 2010]

8.  Debtors' Motion, Pursuant To Sections 105(A), 363(B) And 365 Of The Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 And 9014, And Local Rules 2002-1 And 6004-1, Requesting Entry Of Order: (A) Approving Bid Procedures Relating To Sale Of The Debtors' Assets; (B) Scheduling A Hearing To Consider The Sale; (C) Approving The Form And Manner Of Notice Of Sale By Auction; (D) Establishing Procedures For Noticing And Determining Cure Amounts; And (E) Granting Related Relief [Docket No. 8, Filed September 21, 2010]

9.  Motion Of Debtors For (I) Authorization To (A) Obtain Secured Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, And 364(C) And (D); (B) Grant Security Interests, Superpriority Claims And Adequate Protection; And (C) Use Cash Collateral And (Ii) Schedule A Final Hearing Pursuant To Bankruptcy Rule 4001(C) [Docket No. 20, Filed September 21, 2010]

10. Motion for An Order Authorizing Debtors to File Certain Portions of (A) Adversary Complaint for Fraudulent and Preferential Transfers and For Declaratory and Injunctive Relief, (B) Related Memorandum in Support of Motion for a Temporary Restraining Order and Preliminary Injunctive Relief and (C) Certain Exhibits Referenced Therein Under Seal [Adv. Proc No. 10- 53064, Docket No. 2, Filed September 21, 2010]

**PLEASE TAKE FURTHER NOTICE** copies of the above-noted motions and

applications can be obtained via the United States Bankruptcy Court's website at

www.deb.uscourts.gov, referencing Case No. 10-12915 or by contacting the Debtors' undersigned proposed counsel.

Dated: September 21, 2010                    GREENBERG TRAURIG, LLP

                                          Scott D. Cousins (DE Bar No. 3079)
                                          The Nemours Building
                                          1007 North Orange Street, Suite 1200
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 661-7000
                                          Facsimile: (302) 661-7360
                                          Email: cousinss@gtlaw.com

                                          -and-

                                          Nancy A. Mitchell
                                          200 Park Avenue
                                          New York, New York 10166
                                          Telephone: (212) 801-9200
                                          Facsimile: (212) 801-6400
                                          Email: mitchelln@gtlaw.com

                                          Proposed Counsel for the Debtors and Debtors-in-Possession

# SCHEDULE 1

## DEBTORS

| DEBTOR | Last Four Digits of Federal Tax I.D. No.[1] | Case No. |
|---|---|---|
| Ultimate Escapes Holdings, LLC | 4466 | 10-12915 |
| Ultimate Resort, LLC | 7685 | 10-12916 |
| Ultimate Operations, LLC | N/A | 10-12917 |
| Ultimate Resort Holdings, LLC | 4489 | 10-12918 |
| Ultimate Escapes Inc., (F/K/A Secure America Acquisition Corporation) | 8408 | 10-12919 |
| P&J Partners, LLC | N/A | 10-12920 |
| UE Holdco, LLC | N/A | 10-12921 |
| UE Member, LLC | N/A | 10-12922 |
| Ultimate Escapes Clubs, LLC | 0470 | 10-12923 |
| Ultimate Escapes Elite Club, LLC | N/A | 10-12925 |
| Ultimate Escapes Signature Club, LLC | N/A | 10-12926 |
| Ultimate Escapes Premiere Club, LLC | N/A | 10-12927 |
| Ultimate Scottsdale, LLC | N/A | 10-12928 |
| Ultimate Lake Tahoe, LLC | N/A | 10-12929 |
| Ultimate Colorado, LLC | N/A | 10-12931 |
| Ultimate Telluride Mountain Village, LLC | N/A | 10-12932 |
| Ultimate Naples Strada Bella, LLC | N/A | 10-12933 |
| Ultimate Naples Monteverde, LLC | N/A | 10-12934 |
| Ultimate Palm Beach Ocean, LLC | N/A | 10-12936 |
| Ultimate Maui Wailea Beach, LLC | N/A | 10-12938 |
| Ultimate Sun Valley MacKenzie, LLC | N/A | 10-12939 |
| Ultimate Sun Valley Plaza Townhouse, LLC | N/A | 10-12940 |
| Ultimate New York Trp International, LLC | N/A | 10-12941 |
| Ultimate Kiawah Turtle Beach, LLC | N/A | 10-12942 |
| Ultimate Park City Silverlake, LLC | N/A | 10-12943 |
| Ultimate Jackson Hole Snake River, LLC | N/A | 10-12944 |
| Bahamas Investments I, LLC | N/A | 10-12945 |
| Bahamas Investments II, LLC | N/A | 10-12946 |
| Bahamas Investments III, LLC | N/A | 10-12947 |
| Bahamas Investments IV, LLC | N/A | 10-12948 |
| Cabo Casa Tortuga, LLC | N/A | 10-12949 |

---

[1] Pursuant to Treasury Regulation section 301.7701-3(b), certain Debtors are disregarded for tax purposes. "N/A" indicates that a separate tax identification number is not required for these Debtors.

# SCHEDULE 1

## DEBTORS

| DEBTOR | Last Four Digits of Federal Tax I.D. No. | Case No. |
|---|---|---|
| Cabo Esperanza #1501, LLC | N/A | 10-12950 |
| Cabo Esperanza #1502, LLC | N/A | 10-12951 |
| Cabo Esperanza #1503, LLC | N/A | 10-12952 |
| Cabo Esperanza #1601, LLC | N/A | 10-12953 |
| Cabo Esperanza #1602, LLC | N/A | 10-12954 |
| Cabo Esperanza #1603, LLC | N/A | 10-12955 |
| Cabo Villa Del Sol, LLC | N/A | 10-12956 |
| Cabo Villa Eternidad, LLC | N/A | 10-12957 |
| Cabo San Lucas Villa Paraiso, LLC | N/A | 10-12958 |
| Ultimate Nevis Investments, LLC | N/A | 10-12959 |
| Snowflake Investments I, LLC | N/A | 10-12960 |
| Sunny Isles Investments I, LLC | N/A | 10-12961 |
| Tahoe Investments I, LLC | N/A | 10-12962 |
| Cabo Investments I, LLC | N/A | 10-12963 |
| Mahogany Run Investments I, LLC | N/A | 10-12964 |
| Candlewood Investments I, LLC | N/A | 10-12965 |
| Ultimate Scottsdale Rocks, LLC | N/A | 10-12966 |
| Ultimate Beaver Creek, LLC | N/A | 10-12967 |
| Ultimate Indian Rocks Beach, LLC | N/A | 10-12968 |
| Ultimate Key West, LLC | N/A | 10-12969 |
| Ultimate Lake Las Vegas, LLC | N/A | 10-12970 |
| Ultimate Newport Americas, LLC | N/A | 10-12971 |
| Private Escapes of La Quinta Platinum, LLC | N/A | 10-12972 |
| Private Escapes La Quinta I, LLC | N/A | 10-12973 |
| Private Escapes La Quinta II, LLC | N/A | 10-12974 |
| Private Escapes Platinum of Copper Mountain, LLC | N/A | 10-12975 |
| Private Escapes Platinum Telluride, LLC | N/A | 10-12976 |
| Private Escapes of Steamboat, LLC | N/A | 10-12977 |
| Private Escapes of Lake Oconee, LLC | N/A | 10-12978 |
| Private Escapes of Waikoloa, LLC | N/A | 10-12979 |
| Private Escapes of Waikoloa II, LLC | N/A | 10-12980 |
| Private Escapes of Chicago, LLC | N/A | 10-12981 |
| Private Escapes of Currituck, LLC | N/A | 10-12982 |
| Private Escapes Platinum Currituck, LLC | N/A | 10-12983 |

# SCHEDULE 1

## DEBTORS

| DEBTOR | Last Four Digits of Federal Tax I.D. No.[1] | Case No. |
|---|---|---|
| Private Escapes of Tahoe, LLC | N/A | 10-12984 |
| Private Escapes Platinum Lake George, LLC | N/A | 10-12985 |
| Private Escapes of One Central Park West, LLC | N/A | 10-12986 |
| Private Escapes 1600 Broadway, LLC | N/A | 10-12987 |
| Private Escapes Link, LLC | N/A | 10-12988 |
| Private Escapes Platinum One Central Park West, LLC | N/A | 10-12989 |
| Privates Escapes of Kiawah, LLC | N/A | 10-12990 |
| Private Escapes Platinum Kiawah, LLC | N/A | 10-12991 |
| Private Escapes of Jackson Hole, LLC | N/A | 10-12992 |
| Private Escapes Villa 304, LLC | N/A | 10-12993 |
| Private Escapes Platinum Cabo, LLC | N/A | 10-12994 |
| Private Escapes La Playa, LLC | N/A | 10-12995 |
| Private Escapes of Cabo, LLC | N/A | 10-12996 |
| Private Escapes Platinum TCI, LLC | N/A | 10-12997 |
| Private Escapes Platinum Chicago, LLC | N/A | 10-12998 |
| Private Escapes of Fox Acres, LLC | N/A | 10-12999 |
| Private Escapes of Stowe, LLC | N/A | 10-13000 |
| Private Escapes La Costa, LLC | N/A | 10-13001 |
| Private Escapes Platinum La Costa, LLC | N/A | |
| Private Escapes Borgo di Vagli, LLC | N/A | 10-13003 |