# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ULTIMATE ESCAPES HOLDINGS, LLC, *et al.*, | Case No. 10-12915 (BLS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance, pursuant to section 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned case. Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, facsimile number, or electronic mail addresses set forth below:

| | |
|---|---|
| Peter W. Ito, Esq.<br>Megan M. Adeyemo, Esq.<br>Ross A. Hoogerhyde, Esq.<br>**GORDON & REES LLP**<br>555 Seventeenth Street, Suite 3400<br>Denver, Colorado 80202<br>Telephone: (303) 534-5160<br>Facsimile: (303) 534-5161<br>pito@gordonrees.com<br>meadeyemo@gordonrees.com<br>rhoogerhyde@gordonrees.com | Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>**POLSINELLI SHUGHART PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: September 30, 2010
       Wilmington, Delaware

**POLSINELLI SHUGHART PC**

  */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

-and-

Peter W. Ito, Esq. *(pro hac admission pending)*
Megan M. Adeyemo, Esq. *(pro hac admission pending)*
Ross A. Hoogerhyde, Esq. *(pro hac admission pending)*
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
Facsimile: (303) 534-5161
pito@gordonrees.com
madeyemo@gordonrees.com
rhoogerhyde@gordonrees.com

PROPOSED CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS