UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Ultimate Escapes Holdings, LLC, *et al.* | : | Case No. 10-12915 (BLS) |
| | : | |
| | : | \**AMENDED* NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Strauss Zelnick**, 19 West 44th St., 18th Fl., New York, NY 10036, Phone: 212-223-1383, Fax: 212-223-1384

2. **Clive Buckley**, 24 Palomino, Coto de Caza, CA 92679, Phone: 949-350-4042, Fax: 949-713-4596

3. **World Hotels**, Attn: Thomas Griffiths, 7009 Dr. Phillips Blvd., Orlando, FL 32819, Phone: 407-363-9300 ext. 305

4. **Creg McDonald**, 2704 Wendover Place, Champaign, IL 61822, Phone: 217-493-8341, Fax: 217-359-8093

5. **Marcus W. Acheson**, 28 Ridge Rd., Barrington, IL 60010, Phone: 847-382-4392

6. **George Rose**, 9763 Suffolk Dr., Beverly Hills, CA 90210, Phone: 310-255-2603, Fax: 310-255-2102

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: October 12, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Scott D. Cousins, Esquire, Phone: (302) 661-7000, Fax: (302) 661-7360

\* Trump International Hotel & Tower resigned from the committee effective October 5, 2010.