# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ULTIMATE ESCAPES HOLDINGS, LLC, *et al.*, | Case No. 10-12915 (BLS) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ULTIMATE ESCAPES HOLDINGS, LLC, et al., | Adv. Proc. Case No. 11-52457 (BLS) |
| Plaintiff, | |
| v. | |
| CAPITALSOURCE FINANCE LLC, CAPITALSOURCE BAHAMAS LLC, and CAPITALSOURCE BANK, | |
| Defendants. | |

## AMENDED NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR AUGUST 24, 2011 AT 11:30 A.M.[1]
### Location: 6th Floor, Courtroom No. 1

## UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:

1. Motion of Debtors for Entry of an Order, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, Approving Confidential Settlement Agreement and Release with Peter Jupp [Docket No. 779, Filed August 3, 2011]

    Response Deadline: August 17, 2011 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

        A. Motion to File Under Seal a Confidential Settlement Agreement and Release with Peter Jupp [Docket No. 780, Filed August 3, 2011]

---

[1] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

        B.      Certificate of No Objection to Motion [Docket No. 801, Filed August 19, 2011]

        C.      **Order Approving Confidential Settlement Agreement With Peter Jupp [Docket No. 807, Filed August 23, 2011]**

Status: **The Court has entered the order on this Motion, therefore, no hearing is necessary on this matter.**

2. Motion of Debtors to File Under Seal a Confidential Settlement Agreement and Release with Peter Jupp [Docket No. 780, Filed August 3, 2011]

    Response Deadline:   August 17, 2011 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

            A.      Motion of Debtors for Entry of an Order, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, Approving Confidential Settlement Agreement and Release with Peter Jupp [Docket No. 779, Filed August 3, 2011]

            B.      Certificate of No Objection to Motion [Docket No. 802, Filed August 19, 2011]

            C.      **Order Authorizing the Filing Under Seal of Confidential Settlement Agreement and Release With Peter Jupp [Docket No. 808, Filed August 23, 2011]**

    Status: **The Court has entered the order on this Motion, therefore, no hearing is necessary on this matter.**

3. Motion of the Debtors for Entry of an Order Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of the Settlement Agreement Between Ultimate Escapes Holdings, LLC, Private Escapes Platinum Lucignano, LLC and George Thomas Baker [Docket No. 781, Filed August 3, 2011]

    Response Deadline:   August 17, 2011 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

            A.      Certificate of No Objection to Motion [Docket No. 804, Filed August 19, 2011]

  B. **Order Approving the Settlement Agreement Between the Ultimate Escapes Holdings, LLC, Private Escapes Platinum Lucignano, LLC and George Thomas Baker [Docket No. 809, Filed August 23, 2011]**

Status: **The Court has entered the order on this Motion, therefore, no hearing is necessary on this matter.**

4. Motion of the Debtors for Entry of an Order Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of the Settlement Agreement Between Ultimate Escapes Holdings, LLC, Private Escapes Villa Cassia, LLC and George Thomas Baker [Docket No. 782, Filed August 3, 2011]

Response Deadline: August 17, 2011 at 4:00 p.m.

Response(s) Received: None.

Related Documents:

  A. Certificate of No Objection to Motion [Docket No. 805, Filed August 19, 2011]

  B. **Order Approving the Settlement Agreement Between the Ultimate Escapes Holdings, LLC, Private Escapes Villa Cassia, LLC and George Thomas Baker [Docket No. 810, Field August 23, 2011]**

Status: **The Court has entered the order on this Motion, therefore, no hearing is necessary on this matter.**

## CONTESTED MATTERS GOING FORWARD:

5. Motion of Debtors to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Docket No. 767, Filed July 18, 2011]

Response Deadline: August 17, 2011 at 4:00 p.m.

Response(s) Received:

  A. Objection to Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Official Committee of Unsecured Creditors [Docket No. 795, Filed August 17, 2011]

Related Documents: None.

Status: This matter will be going forward.

6.    Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Manner of Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, (F) Approving Procedures for Vote Tabulations and (G) Scheduling the Confirmation Hearing; (III) Establishing Deadline and Procedures to (Y) Confirmation of the Plan and (Z) Proposed Cure Amounts Related to the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 785, Filed August 5, 2011]

    Response Deadline:   August 17, 2011 at 4:00 p.m.
                                  [Extended for the U.S. Trustee to August 19, 2011]

    Response(s) Received:

        A.    Limited Objection to Disclosure Statement with Respect to Chapter 11 Liquidating Plan Proposed by Debtors and Debtors in Possession Filed by Official Committee of Unsecured Creditors [Docket No. 796, Filed August 17, 2011]

    Related Documents:

        A.    Disclosure Statement with Respect to Chapter 11 Liquidating Plan Proposed by Debtors and Debtors in Possession [Docket No. 743, Filed June 29, 2011]

        **B.**    **Amended Disclosure Statement with Respect to Chapter 11 Liquidating Plan Proposed by Debtors and Debtors in Possession [Docket No. 812, Filed August 23, 2011]**

        **C.**    **Blackline of Amended Disclosure Statement with Respect to Chapter 11 Liquidating Plan Proposed by Debtors and Debtors in Possession [Docket No. 813, Filed August 23, 2011]**

        **D.**    **Notice of Filing of Revised Proposed Order (A) Approving Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures; (C) Approving Voting and Tabulation Procedures; and (D) Establishing Confirmation Notice and Objection Procedures [Docket No. 814, Filed August 23, 2011]**

    Status: This matter will be going forward with respect to the approval of the Disclosure Statement.

## ADDITIONAL MATTER GOING FORWARD:

7.  Motion of CapitalSource Finance LLC, CapitalSource Bahamas LLC and CapitalSource Bank to Stay or Dismiss the Committee Declaratory Action [Adv. Case No. 11-52457, Docket No. 5, Filed August 1, 2011]

    **Response(s) Received:**

    A.  Objection to Motion to Dismiss the Committee Declaratory Action Filed by Official Committee of Unsecured Creditors [Adv. Case No. 11-52457, Docket No. 7, Filed August 17, 2011]

    **Related Documents:**

    A.  Complaint by Official Committee of Unsecured Creditors of Ultimate Escapes Holdings, LLC, et al. Chapter 11 Debtors against CapitalSource Finance LLC, CapitalSource Bahamas LLC, CapitalSource Bank [Adv. Case No. 11-52457, Docket No. 1, Filed July 1, 2011]

    **Status**: This matter will be going forward.

Dated: August 23, 2011

GREENBERG TRAURIG, LLP

/s/ Scott D. Cousins

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4358)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
      selzers@gtlaw.com

-and-

Nancy A. Mitchell
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:
David Klauder, Esq. (Office of the U.S. Trustee)
Ellen Slights, Esq. (United States Attorney General's Office)
IRS
SEC
2002 Notice Parties
Counsel to the Official Committee of Unsecured Creditors
Counsel to Peter Jupp
Counsel to George T. Baker
Counsel to CapitalSource Defendants