# SIGN-IN SHEET

**CASE NAME:** ULTIMATE ESCAPES HOLDING   **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-12915   **DATE:** AUGUST 24, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sandra Selzer | Greenberg Traurig | Debtors |
| Scott Cousins | " | " |
| Chris Ward | Polsinelli Shughart | Committee |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Jeffrey Wisler | Connolly Bove | Capital Source |
| Michael Richman | Patton Boggs | " " |